UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   INDICTMENT

    -v.-                           :

JOSE CRESCENCIO CASTILLO-SOLIS,        **08 CRIM 626**

            Defendant.      :

- - - - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

On or about May 3, 2008, in the Southern District of New York, JOSE CRESCENCIO CASTILLO-SOLIS, the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, on or about July 18, 2002, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 6, 1998, in the Supreme Court of the State of New York, Bronx County, for attempted robbery in the first degree, a class C felony, in violation of New York Penal Law 110-160.15, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2008
```

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE CRESCENCIO CASTILLO-SOLIS,

Defendant.

### INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

Post-It 11/1/87

7/9/08 - Fld. Indictment, case assigned to Judge Rakoff.

Eaton, J. U.S.M.J. HF