ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                              :        AFFIRMATION

JOSE CRESCENCIO CASTILLO-SOLIS,     :        08 Cr. 626 (JSR)

    Defendant.                          :

- - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

    AIMEE HECTOR, being duly sworn, deposes and says that she is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one JOSE CRESCENCIO CASTILLO-SOLIS, now incarcerated at the Vernon C. Bain Center, 1 Halleck Street, Bronx, New York, has been charged in an indictment with violating Title 8, United States Code, Sections 1326(a) and (b)(2).

    No previous application for similar relief has been made.

    WHEREFORE, your deponent respectfully requests that a writ of *habeas corpus ad prosequendum* issue, directing the Warden of the Vernon C. Bain Center, 1 Halleck Street, Bronx, New York, and the United States Marshal for the Southern District of New York to produce the above-named defendant to the Metropolitan Correctional Center, 150 Park Row, New York, New York, 10007, on or before August 1, 2008, to be available for prosecution, and after JOSE CRESCENCIO CASTILLO-SOLIS has been discharged or been convicted and sentenced, to return him to the Vernon C. Bain Center, 1 Halleck Street, Bronx, New York.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

AIMEE HECTOR
Assistant United States Attorney
(212) 637-2203

Dated:    July 10, 2008
         New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE CRESCENCIO CASTILLO-SOLIS,

Defendant.

AFFIRMATION IN SUPPORT OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

08 Cr. 626 (JSR)

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

Michael J. Garcia
United States Attorney.