UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| -v- | : | 08 CR. 626 (JSR) |
| JOSE CASTILLO SOLIS, | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by and through Michael J. Garcia, United States Attorney, Aimee Hector, of counsel, it is hereby ORDERED that the time between August 8, 2008 and August 28, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the Government to produce additional discovery and counsel for the defendant to review such discovery with her client.


Dated:  New York, New York
        August 8, 2008

                                    _____
                                    JED S. RAKOFF
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

TOTAL P.03