UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA          :

   - v -                                            :
                                                                 08 CR 626 (JSR)

JOSE CASTILLO-SOLIS                  :
                                                                **NOTICE OF MOTION**

   Defendant.                                    :

------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration of Julia L. Gatto, duly executed on the 25th day of August, the exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Jed S. Rakoff, in the Southern District of New York, at a date and time convenient for the Court, for an Order dismissing the Indictment with prejudice and for such other and further relief as this Court may deem just and proper.

Dated: August 25, 2008
       New York, New York

                                                     Respectfully submitted,

                                                   Federal Defenders of New York

                 By:       _____
                                                   JULIA L. GATTO, ESQ.
                                                   Attorney for Defendant
                                                  **Jose Castillo-Solis**
                                                  52 Duane Street - 10th Floor
                                                  New York NY 10007
                                                  Tel.: (212) 417-8750